LODGED
DEC 18 2014
Clerk, U.S. District Court
District Of Montana
Great Falls

PS8 - (D/MT Rev 12/13)

FILED
DEC 18 2014
Clerk, U.S District Court
District Of Montana
Great Falls

# UNITED STATES DISTRICT COURT

## FOR

## DISTRICT OF MONTANA

U.S.A. vs. Wyatt Cameron Montclair      Docket No:    CR 14-84-GF-BMM-02

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Eliason, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Wyatt Montclair, charged in U.S. District Court with Burglary, in violation of Title 18 U.S.C. §§ 1153(b),2, and M.C.A. § 45-6-204(1)(a), who was placed under pretrial release supervision by the Honorable Keith Strong sitting in the court at Great Falls, on the 25th day of September, 2014, under the following conditions:

1. You shall report to Pretrial Services as directed.

2. You shall not commit any Federal, State, or Local crime.

3. You shall report weekly to Pretrial Services.

4. You shall not obtain a passport.

5. You shall have not contact with any potential victim/witness involved in this case.

6. You shall not own, buy, or possess any firearm or dangerous weapon.

7. You shall abstain from all illegal drugs and alcohol.

8. You shall abstain from medical marijuana and synthetic substances.

9. You shall stay in contact with your attorney.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

| Violation No. | Nature of Non-Compliance |
| --- | --- |
| 1 | **Violation of Condition 7(l):** *The defendant shall not use alcohol.*<br><br>On December 18, 2014, this officer received a report from Fort Peck Tribal Officer Brandon Martell. Wyatt Monclair was the alleged driver of a pickup that went into a river and a 15-year-old girl is now missing. He provided a breath sample with a BAC of .197. |

| 2 | **Violation of Condition 7(m):** *The defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.* <br><br> On October 2, 2014, the defendant admitted to this officer he smoked marijuana two weeks prior and that he was a daily user prior to his arrest. <br><br> On October 9, 2014, the defendant tested positive for THC. |
|---|---|

| **Summary of Response to Non-Compliance** |
|---|
| The defendant was arrested on December 18, 2014 by the Fort Peck Tribes for violations of the Fort Peck Tribal Comprehensive Code of Justice, specifically, DUI, in violation of Title XVII Section 107 and Manslaughter, in violation of Title VII Section 202. He was alleged to have been driving a pickup while intoxicated that went into a river. A 15-year-old girl, who witnesses report was in the vehicle at the time, is now missing. He provided a breath sample with a BAC of .197. The investigation into this matter is ongoing. |

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In Conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a Warrant.

Reviewed by:

_____                               _____
Wesley J. Estep                                                                             Michael Eliason
Deputy Chief United States Probation Officer                      United States Probation Officer

### ORDER OF COURT

    I find there is probable cause to believe the Defendant has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a Warrant. Considered and ordered this _____ day of _____, 2014 and ordered filed **UNDER SEAL** and made a part of the records in the above case.

    IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Action on Conditions of Pretrial Release shall be unsealed.

_____
Brian Morris
United States District Judge