# United States District Court for the District of Montana

U.S.A. vs Wyatt Cameron Montclair        Docket No. CR 14-84-GF-BMM-1

RECEIVED 2014 DEC 18 P 2:34

FILED DEC 23 2014
Clerk, U.S District Court
District Of Montana
Great Falls

TO: [1]Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Wyatt Cameron Montclair | Male | AI | 20 |

ADDRESS(STREET, CITY, STATE)
5880 BIA Route 14, Poplar, MT

SENTENCE IMPOSED BY (NAME OF COURT)
District of Montana, Great Falls Division

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Tyler P. Gilman | | |

Brian Morris
United States District Judge

12/18/14
Date

### RETURN

| Warrant received and executed | DATE RECEIVED 12-18-14 | DATE EXECUTED 12/18/14 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
FT PECK TRIBES   POPLAR, MT

| NAME | (BY) | DATE |
|---|---|---|
| KENNY TROTTER | N PENLAND | 12/18/14 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the DISTRICT OF MONTANA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."